▇ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE BALDWIN, Also Known as DEWAYNE BALDWIN, Appellant. [747 NYS2d 810]

The prosecution advanced sufficient race-neutral explana-

tions for exercising peremptory challenges against the prospective jurors in question (*see People v Payne,* 88 NY2d 172, 183; *People v Allen,* 86 NY2d 101). The defendant failed to satisfy his burden of proving that the explanations given by the prosecutor were pretextual (*see People v Payne, supra*; *People v White,* 289 AD2d 270; *see generally Hernandez v New York,* 500 US 352, 364-365). Accordingly, the trial court properly denied the defendant's *Batson* challenge (*see Batson v Kentucky,* 476 US 79).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80). S. Miller, J.P., Crane, Cozier and Rivera, JJ., concur.